FILED
JUL 18 2023
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:23-cr-106 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| AVONTAE LAMAR TUCKER, | ) | T. 18 U.S.C. § 922(g)(3) |
| also known as "Tae Tae," | ) | T. 18 U.S.C. § 924(a)(2) |
| | ) | T. 18 U.S.C. § 924(c)(1)(A)(i) |
| Defendant. | ) | T. 18 U.S.C. § 924(c)(1)(A)(ii) |
| | ) | T. 18 U.S.C. § 1951 |
| | ) | T. 21 U.S.C. § 841(a)(1) |
| | ) | T. 21 U.S.C. § 841(b)(1)(B) |
| | ) | T. 21 U.S.C. § 841(b)(1)(C) |
| | ) | |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Unlawful User in Possession of a Firearm and Ammunition)**

On or about November 3, 2021, in the Southern District of Iowa, the defendant, AVONTAE LAMAR TUCKER, also known as "Tae Tae," in and affecting commerce, knowingly possessed a firearm and ammunition, namely, one or more of the following:

1. a loaded Taurus, model G2C, nine-millimeter pistol, with serial number ABD492487;

2. one (1) cartridge case of FC nine-millimeter Luger ammunition; and

3. one (1) cartridge case of Hornady nine-millimeter Luger ammunition.

At the time of the offense, the defendant knew he was an unlawful user of, or addicted to, a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

1

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 2**</u>
**(Interference with Commerce Through Robbery)**

On or about June 21, 2022, in the Southern District of Iowa, the defendant, AVONTAE LAMAR TUCKER, also known as "Tae Tae," knowingly and unlawfully obstructed, delayed, and affected commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, through the commission of a robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant unlawfully took and obtained property, consisting of U.S. currency and other property, from the Casey's General Store located at 3121 Forest Avenue, Des Moines, Iowa, a business that affects interstate commerce, from the person and presence of an employee of that business, against their will, by means of actual or threatened force or violence.

This is a violation of Title 18, United States Code, Section 1951.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Possessing and Brandishing a Firearm in Furtherance of a Crime of Violence)

On or about June 21, 2022, in the Southern District of Iowa, the defendant, AVONTAE LAMAR TUCKER, also known as "Tae Tae," knowingly possessed and brandished a firearm in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, interfering with commerce by robbery, as set forth in Count 2 of this Indictment.

This is a violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and 924(c)(1)(A)(ii).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
### (Possession with Intent to Distribute a Controlled Substance)

On or about September 28, 2022, in the Southern District of Iowa, the defendant, AVONTAE LAMAR TUCKER, also known as "Tae Tae," knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 5**</u>
**(Possession with Intent to Distribute a Controlled Substance)**

On or about September 28, 2022, in the Southern District of Iowa, the defendant, AVONTAE LAMAR TUCKER, also known as "Tae Tae," knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: five grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

THE GRAND JURY FURTHER CHARGES:

## COUNT 6
### (Possession of a Firearm in Furtherance of Drug Trafficking Crime)

On or about September 28, 2022, in the Southern District of Iowa, the defendant, AVONTAE LAMAR TUCKER, also known as "Tae Tae," knowingly possessed a firearm, namely: a loaded Glock, model 19, nine-millimeter pistol, with serial number BCVU827. The defendant possessed this firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Counts 4 and 5 of this Indictment.

This is a violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL.

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Kristin M. Herrera
Mallory E. Weiser
Assistant United States Attorneys

5